UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIE AGNIEL

                                     **Plaintiff,**      Index No.:12 cv 7227 (NRB)

        -against-

CENTRAL PARK BOATHOUSE, LLC

                                     **Defendant.**
------------------------------------------------------------x

## STIPULATION AND ORDER SUBSTITUTING COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel, and upon the annexed declaration of Cindy Schmitt Minniti, Esq. submitted pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, that the law firm of Krakower DiChiara LLC hereby substitutes Reed Smith LLP, without limitation or restriction, as counsel of record for Defendant Central Park Boathouse, LLC in the above-captioned action. Effective upon the Court's approval and endorsement of the instant Stipulation and Order Substituting Counsel, Reed Smith LLP will no longer bear any responsibilities, obligations, or duties in connection with the above-referenced action.

**PLEASE TAKE NOTICE THAT** all pleadings, notices of hearing, and other filings shall hereafter be served upon the undersigned incoming counsel at the address listed below.

| | |
|---|---|
| **REED SMITH LLP** <br> *Withdrawing counsel* <br> 599 Lexington Avenue <br> New York, New York  10022 | **KRAKOWER DICHIARA LLC** <br> *Incoming counsel* <br> One Depot Square <br> 77 Market Street, Suite 2 <br> Park Ridge, New Jersey  07656 |
| /s/ Cindy Schmitt Minniti <br> Cindy Schmitt Minniti (CS6626) | /s/ Michael R. DiChiara <br> Michael R. DiChiara (MD2180) |
| Dated:  April 23, 2013 | Dated:  April 23, 2013 |

**SO ORDERED:** _____

Hon. Naomi Reice Buchwald, U.S.D.J.