UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIE AGNIEL

                                   **Plaintiff,**

                -against-

**CENTRAL PARK BOATHOUSE, LLC**

                                   **Defendant.**
------------------------------------------------------------x

Index No.:12 cv 7227 (NRB)

**CERTIFICATE OF SERVICE**

1. I hereby certify that, on April 23, 2013, I caused a true and correct copy of the Stipulation and Order Substituting Counsel and accompanying Declaration of Cindy Schmitt Minniti, Esq. in the above-captioned matter to be served via the Court's ECF System, upon counsel of record for Plaintiff:

Jennifer M. Hooper (Selendy)
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212)-446-4800
Fax: (212)-446-4900
Email: jselendy@kirkland.com

David Scott Flugman
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212) 446-6408
Fax: (212) 446-6460
Email: dflugman@kirkland.com

2. I hereby certify that, on April 23, 2013, I caused a true and correct copy of the Stipulation and Order Substitution Counsel and accompanying Declaration of Cindy Schmitt Minniti, Esq. in

the above-captioned matter to be served via regular mail on Defendant Central Park Boathouse, LLC.

Dated:  April 23, 2013

/s/ Cindy Schmitt Minniti
Cindy Schmitt Minniti, Esq.