UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIE AGNIEL

                                                  Plaintiff,         Index No.:12 cv 7227

                -against-                          NOTICE OF APPEARANCE

CENTRAL PARK BOATHOUSE, LLC

                                                 Defendant.
------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that the following attorney is entering an appearance in this action as counsel for Defendant:

       Michael R. DiChiara
       Krakower DiChiara LLC
       One Depot Square
       77 Market Street, Suite 2
       Park Ridge, NJ 07656
       P: 201-746-6334
       F. 866-417-2333

                                                Respectfully submitted,
                                                KRAKOWER DICHIARA LLC
                                                Attorneys for Defendant


                                                By: <u>s/ Michael R. DiChiara</u>
                                                    MICHAEL R. DICHIARA (MD-2180)

Dated: May 6, 2013