```
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MARIE AGNIEL,

      Plaintiff,

  - against -

CENTRAL PARK BOATHOUSE LLC,

      Defendant.
------------------------------------------------------------- X

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

12 Civ. 7227 (NRB)(MHD)

  The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Inquest After Default/Damages Hearing

**XX** **Settlement**

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

  Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

  Particular Motion:_____

  All such motions: \_\_\_\_

---

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:  New York, New York
     October 18, 2013

            */s/ Naomi Reice Buchwald*
            Naomi Reice Buchwald
            United States District Judge